# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE STEWART,<br><br>Defendant. | Cause No. 08-CR-30134-WDS |

## O R D E R

**STIEHL, District Judge:**

On August 25, 2008, the United States of America and defendant Joe R. Stewart consented to appear before Magistrate Judge Donald G. Wilkerson pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On September 2, 2008, Judge Wilkerson submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 19).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985);** ***Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Wilkerson's Report and Recommendation (Doc. 19), **ACCEPTS** defendant Joe R. Stewart's plea of guilty, and **ADJUDGES** defendant Joe R. Stewart guilty.

**IT IS SO ORDERED.**

**DATED: November 24, 2008**

                                            s/*WILLIAM D. STIEHL*
                                              DISTRICT JUDGE